JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEVEN E. SEITZ (NYSBN 4408415)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    Facsimile: (408) 535-5066
    steven.seitz@usdoj.gov

Attorneys for the United States,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00886 JW |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| vs. ) | ORDER CONTINUING HEARING |
| ) | |
| JOAQUIN PANIAGUA-ARIAS, ) | |
| Defendant. ) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, November 30, 2009, shall be continued to Monday, December 21, 2009, at 1:30 p.m., before the Honorable James Ware, United States District Judge. The reason for the requested continuance is defense preparation and unavailability of government counsel.

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00886 JW                         1

The parties further stipulate and agree that the time until December 21, 2009, shall be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: December 21, 2009

s/_____
LARA VINNARD
Counsel for Mr. Joaquin Paniagua-Arias

Dated: December 21, 2009

s/_____
STEVEN E. SEITZ
Special Assistant United States Attorney

**[PROPOSED] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of November 30, 2009 shall be continued to December 21, 2009 at 1:30 p.m.

It is further ordered that the time until December 21, 2009 shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: November 23, 2009

_____
JAMES WARE
United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00886 JW                                2